## S. C. COUNTS v. THE STATE.

### No. 6775. Decided March 22, 1922.

Intoxicating Liquors—Possession—Sale—Indictment.

The statute has so modified the law as to limit the offense of the possession of intoxicating liquor to the purpose of sale, and the indictment must so allege. Following Francis v. State, 90 Texas Crim. Rep., 67, and other cases.

Appeal from the District Court of Young. Tried below before the Honorable H. F. Weldon.

Appeal from a conviction of unlawful possession of intoxicating liquor; penalty, three and one-half years imprisonment in the penitentiary.

The opinion states the case.

_Brown & Graham_ and _Thomas G. Binkley,_ for appellant. ·

_R. G. Storey,_ Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of intoxicating liquor, and was had before the amendment of the statute denouncing that offense.

The statute so modified the law as to limit the offense to the possession of intoxicating liquor for the purpose of sale. The indictment, as drawn, does not contain this limitation and therefore will not support the conviction. See Francis v. State, 90 Texas Crim. Rep., 67; 235 S. W. Rep. 580; and Ex parte Mitchum, No. 6772, not yet reported.

The judgment is reversed and the prosecution ordered dismissed.

_Reversed and dismissed._